Entered on Docket
June 08, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

_____

**TIFFANY & BOSCO, P.A.**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
**Attorney for Secured Creditor Wells Fargo Bank, N.A.**
11-71055

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re:<br><br>Peggy Lou Ingraham<br><br>Debtor. | Bk Case No.: 11-14240-lbr<br><br>Date: 5/25/2011<br>Time: 11:00 am<br><br>Chapter 7 |
|---|---|

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is vacated and extinguished for all purposes as to Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as 5520 Flora Spray Street, Las Vegas, NV 89130.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the debtor may occupy the property until July 18, 2011.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least seven days' notice of the time, place and date of sale.

Submitted by:

TIFFANY & BOSCO, P.A.

By:_____
Gregory D. Wilde, Esq.
Attorney for Secured Creditor

APPROVED / DISAPPROVED

By: /S/ Rory J. Vohwinkel
Rory J. Vohwinkel
Attorney for Debtor(s)

APPROVED / DISAPPROVED

By:_____
Yvette Weinstein
Chapter 7 Trustee

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_ The court has waived the requirements set forth in LR 9021(b)(1).

\_\_\_\_ No party appeared at the hearing or filed an objection to the motion.

**X** I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

**X** approved the form of this order      \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or      \_\_\_\_ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order      \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or      **X** failed to respond to the document

\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor